**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MIA PARKER,**

**Plaintiff,**

**- against -**

**SUCCESS ACADEMY CHARTER SCHOOLS, ET AL.,**

**Defendants.**

**26-cv-02193 (JGK)**

**Order**

**John G. Koeltl, District Judge:**

The parties are directed to submit a Rule 26(f) report by **September 11, 2026.**

**SO ORDERED.**

**Dated: New York, New York**
**August 28, 2026**

**/s/ John G. Koeltl**
**John G. Koeltl**
**United States District Judge**